UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| REBECCA ROSS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CITY OF FAIRPLAY, MISSOURI | ) |
| DAVID VINCENT | ) Case No. 6:15-CV-03546-BP |
| STEVE BRUCE | ) |
| RICKY GOODING | ) |
| STEVE HORNBECK | ) |
| | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF PARTIAL DISMISSAL

COME NOW, the parties (Plaintiff and all Defendants) and, by and through their attorneys, stipulate to dismissal with prejudice of all claims asserted directly against individual Defendants David Vincent, Steve Bruce, Ricky Gooding, and Steve Hornbeck. Claims against Defendant City of Fairplay, Missouri are not being dismissed, and this dismissal in no way is intended to affect those claims.

Respectfully submitted,

**REAVEY LAW LLC**

By:    /s/ Patrick G. Reavey   .
     Patrick Reavey MO # 47365
     Kevin C. Koc MO # 56955
     Livestock Exchange Building
     1600 Genessee, Suite 303
     Kansas City, MO 64102
     Ph: 816.474.6300
     Fax: 816.474.6302
     Email: patrick@reaveylaw.com
     Email: kkoc@reaveylaw.com
     Website: www.reaveylaw.com

ATTORNEYS FOR PLAINTIFF

**BAIRD LIGHTNER MILLSAP, P.C.**

By: /s/ *Jennifer A. Mueller*
    John R. Lightner, #30436
    Jennifer A. Mueller, #50142
    1901-C South Ventura
    Springfield, Missouri 65804
    Telephone: (417) 887-0133
    Facsimile: (417)887-8740
    jlightner@blmlawyers.com
    jmueller@blmlawyers.com

    ATTORNEYS FOR DEFENDANTS