UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| REBECCA ROSS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CITY OF FAIRPLAY, MISSOURI ) | |
| DAVID VINCENT ) | Case No. 6:15-CV-03546-BP |
| STEVE BRUCE ) | |
| RICKY GOODING ) | |
| STEVE HORNBECK ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

COME NOW, the parties (Plaintiff and all Defendants) and, by and through their attorneys, stipulate to dismissal with prejudice of all pending claims asserted against Defendant City of Fair Play, Missouri in this case. Claims asserted against individual Defendants David Vincent, Steve Bruce, Ricky Gooding, and Steve Hornbeck have previously been dismissed.

Respectfully submitted,

**REAVEY LAW LLC**

By:     /s/ Patrick G. Reavey    .
       Patrick Reavey MO # 47365
       Kevin C. Koc MO # 56955
       Livestock Exchange Building
       1600 Genessee, Suite 303
       Kansas City, MO 64102
       Ph: 816.474.6300
       Fax: 816.474.6302
       Email: patrick@reaveylaw.com
       Email: kkoc@reaveylaw.com
       Website: www.reaveylaw.com
       ATTORNEYS FOR PLAINTIFF

**BAIRD LIGHTNER MILLSAP, P.C.**

By: /s/ *Jennifer A. Mueller*
    John R. Lightner, #30436
    Jennifer A. Mueller, #50142
    1901-C South Ventura
    Springfield, Missouri 65804
    Telephone: (417) 887-0133
    Facsimile: (417)887-8740
    jlightner@blmlawyers.com
    jmueller@blmlawyers.com
    ATTORNEYS FOR DEFENDANTS